1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department,*
8  *Sheriff Joseph Lombardo, David Poupard,*
   *Angel Valladares, Kenji Okada, Maribel Suey,*
9  *Daniel Varner, Daven Lorenzo-Ragasa, Larry Taylor,*
   *Julio Martinez and Cesar Esparza*

10

11                   **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13

14  CHRISTIAN STEPHON MILES,              CASE NO.:    2:21-cv-00290-CDS-BNW
    individually,

15                Plaintiff,              **LVMPD DEFENDANTS' RENEWED**
    vs.                                   **MOTION TO AMEND WAIVER OF**
16                                        **SERVICE**
    CLARK COUNTY, ET AL.                  **[ECF No. 15]**

17                Defendants.

18

19

20          Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, David

21  Poupard, Angel Valladares, Kenji Okada, Maribel Suey, Daniel Varner, Daven Lorenzo-Ragasa,

22  Larry Taylor, Julio Martinez and Cesar Esparza (collectively, "LVMPD Defendants"), through

23  their counsel, Kaempfer Crowell, move to amend the Waiver of Service, (ECF No. 15), so that it

24  removes "September Mashore" from the list of defendants who have waived service.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3215177_1.doc  6943.262

Page 1 of 4

On June 7, 2022, counsel for LVMPD Defendants submitted a Waiver of Service for several defendants named in this lawsuit.  One of the officials included in the Waiver is "September Mashore" (P#9434), a corrections official currently employed at the Clark County Detention Center.  But, after further investigation, it was believed that the lawsuit concerned Gregory Mashore—a now-retired official previously employed at the Clark County Detention Center.  This confusion arose from the Amended Complaint, (ECF No. 9), using the single name of "Mashore" as a listed defendant and in supporting allegations.

LVMPD Defendants filed their original Motion to Amend Waiver of Service on July 7, 2022, at ECF No. 19.  This Court issued an Order in response, ECF No. 20, asking that the Parties we confer as to the identity of the correct Mashore.  To comply with the Court's Order, LVMPD Defendants sent Plaintiff the letter attached as **Exhibit A (Defendants' Letter to Plaintiff dated July 19, 2022).**  In the letter, Plaintiff was asked to identify any information he might have to aid in determining who he intended to name as the Defendant Mashore.  Plaintiff's response is attached as **Exhibit B (Plaintiff's Letter to Counsel dated August 12, 2022)**  In his letter, he identifies the correct Mashore Defendant as having P#7628.

As set out above, the party for whom LVMPD waived service, September Mashore, has P#9434.  She is not the Defendant that Plaintiff intended to sue.  In contrast, the now retired Gregory Mashore had P#7628.  He is the correct Defendant. As such, the LVMPD Defendants respectfully request that the Waiver of Service be amended to remove September Mashore.

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3215177_1.doc  6943.262

Page 2 of 4

Further, in light of Gregory Mashore's retired status, LVMPD Defendants' counsel does not have the authority to waive service for this individual.  Accordingly, the necessary procedure is for Plaintiff to complete a Summons for this specific official and file it with the Court.  After Plaintiff files the completed Summons, LVMPD Defendants' counsel can then file under seal the last known address for Gregory Mashore so that the U.S. Marshals Service can complete service of process for Plaintiff.

DATED this 25th day of August, 2022.

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sheriff Joseph Lombardo, David Poupard,*
*Angel Valladares, Kenji Okada, Maribel Suey,*
*Daniel Varner, Daven Lorenzo-Ragasa, Larry Taylor,*
*Julio Martinez and Cesar Esparza*

## EXHIBIT LIST

**Exhibit A:** Defendants' Letter to Plaintiff dated July 19, 2022

**Exhibit B:** Plaintiff's Letter to Counsel dated August 12, 2022

## ORDER

**IT IS ORDERED** that ECF No. 24 is GRANTED in part and DENIED in part. It is granted in all respects except that Defendants shall file the last known address of Defendant Gregory Mashore under seal by September 2, 2022.
**IT IS FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a USM-285 form for Gregory Mashore.
**IT IS FURTHER ORDERED** that Plaintiff shall fill out the USM-285 form but leave Mr. Mashore's address blank. Plaintiff shall then file the USM-285 form on the docket by September 9, 2022. If Plaintiff does this, the Court will issue a subsequent order to have the U.S. Marshals effect service. If Plaintiff does *not* file the USM-285 form for Gregory Mashore, the Court may recommend that that this defendant be dismissed.

3215177_1.doc  6943.262

IT IS SO ORDERED
DATED: 10:14 am, August 29, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1

## **CERTIFICATE OF SERVICE**

2        I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I

3    caused the foregoing **LVMPD DEFENDANTS' RENEWED MOTION TO AMEND**

4    **WAIVER OF SERVICE [ECF No. 15]** to be served via CM/ECF and/or First Class Mail

5    (where indicated) addressed to the following:

6    Christian S. Miles, #2888634
     Clark County Detention Center
7    330 S. Casino Center Blvd.
     Las Vegas, NV 89101

8    ***Pro Se Plaintiff***

9    *(Via U.S., First Class Mail)*

10        DATED this 25th day of August, 2022.

11

12                                   */s/Luisa Cota*
                                    _____
13                                   an employee of Kaempfer Crowell

14

15

16

17

18

19

20

21

22

23

24