# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Christian Stephon Miles, | Case No. 2:21-cv-00290-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Clark County, *et al.*, | |
| Defendants. | |

**IT IS ORDERED** that the Clerk of Court is directed to issue a summons for Defendant Gregory Mashore using the address filed under seal at ECF No. 29.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summons, the filed USM-285 form (ECF No. 26), and the operative complaint (ECF No. 9) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant Gregory Mashore.

DATED: September 13, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE