1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:          (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department,*
8  *Sheriff Joseph Lombardo, David Poupard,*
   *Angel Valladares, Kenji Okada, Maribel Suey,*
9  *Daniel Varner, Daven Lorenzo-Ragasa, Larry Taylor,*
   *Julio Martinez and Cesar Esparza*

10

11
                    UNITED STATES DISTRICT COURT
12
                         DISTRICT OF NEVADA
13

14  CHRISTIAN STEPHON MILES,                CASE NO.:   2:21-cv-00290-CDS-BNW
    individually,
15
                    Plaintiff,              **LVMPD DEFENDANTS' MOTION**
16  vs.                                     **FOR EXTENSION OF TIME TO FILE**
                                            **A RESPONSE TO PLAINTIFF'S**
17  CLARK COUNTY, ET AL.                     **MOTION [ECF No. 27]**

18                  Defendants.                    **(First Request)**

19

20

21       Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, David

22  Poupard, Angel Valladares, Kenji Okada, Maribel Suey, Daniel Varner, Daven Lorenzo-Ragasa,

23  Larry Taylor, Julio Martinez, and Cesar Esparza (collectively "LVMPD Defendants"), through

24  their counsel, Kaempfer Crowell, move for a two-week extension of time to file a Response to

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3239342_1.doc  6943.262

1  Plaintiff Christian Miles's Motion for Leave to File a Second Amended Complaint, (ECF No.

2  27).  The current deadline for LVMPD Defendants to file a Response is Friday, September 23,

3  2022.  The new proposed deadline is October 7, 2022.  This is LVMPD Defendants' first request

4  for an extension of time to file the Response.

5         DATED this 22nd day of September, 2022.

6                                    KAEMPFER CROWELL

7

8  By:    /s/ Lyssa Anderson
          LYSSA S. ANDERSON (Nevada Bar No. 5781)
          KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
9          1980 Festival Plaza Drive, Suite 650
          Las Vegas, Nevada  89135
10
          *Attorneys for Defendants*
11        *Las Vegas Metropolitan Police Department,*
          *Sheriff Joseph Lombardo, David Poupard,*
12        *Angel Valladares, Kenji Okada, Maribel Suey,*
          *Daniel Varner, Daven Lorenzo-Ragasa, Larry Taylor,*
13        *Julio Martinez and Cesar Esparza*

14

15               **MEMORANDUM OF POINTS AND AUTHORITIES**

16  **I.    ARGUMENT**

17         LVMPD Defendants request a two-week extension of time to file a Response to Plaintiff

18  Christian Miles's Motion for Leave to File a Second Amended Complaint, (ECF No. 27).  Local

19  Rule IA 6-1 governs this request for an extension of time.  Because this request arises before the

20  current deadline of September 23, 2022, a "good cause" standard applies. D. Nev. Local Rule IA

21  6-1; *Johnson v. Whirlpool Corp.*, No. 2:15-cv-02425-JCM-CWH, 2017 WL 4707451, at *1 (D.

22  Nev. Oct. 19, 2017).  Good cause is a "non-rigorous standard," and extensions of time are

23  generally warranted when doing so would promote the resolution of issues on their merits.

24  *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3239342_1.doc  6943.262

Page 2 of 5

1    Here, good cause supports a two-week extension of time for LVMPD Defendants to file a

2    Response to Plaintiff's Motion for Leave to File a Second Amended Complaint.   LVMPD

3    Defendants have been diligent in reviewing Plaintiff's Motion from its filing date, but the sheer

4    length of this filing—133 pages in total—has taken an unexpectedly long time to review.

5    Moreover, Plaintiff's Motion essentially seeks to resuscitate many claims that the Court

6    dismissed without prejudice in its Screening Order, (ECF No. 11).   This request involves

7    nuanced issues of plausibility of claims in accord with Federal Rule of Civil Procedure 12(b)(6),

8    statutory limitations periods, and timely notice of state-law claims to the Las Vegas Metropolitan

9    Police Department's governing body (among other defenses).   Adequate briefing of all issues by

10   the current deadline to file a Response has not been possible because of LVMPD Defendants'

11   counsel's demanding schedule in the past two weeks, including: drafting and filing an Answering

12   Brief with the United States Court of Appeals for the District of Columbia due September 23,

13   2022; attending a half-day long deposition on September 21, 2022; drafting and filing a Reply

14   brief due on September 21, 2022, in support of a Motion to Dismiss for another lawsuit; drafting

15   and filing a Reply brief in support of summary judgment due September 19, 2022, for another

16   lawsuit; attending two hearings in this District on September 14, 2022, for Motions to Dismiss

17   regarding other lawsuits; and drafting a brief for filing under seal in a criminal lawsuit in this

18   District addressing privileged information to assist the United States Attorney's Office in a

19   criminal prosecution.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3239342_1.doc  6943.262

1    The minimal extension of time requested here will assist LVMPD Defendants in

2  thoroughly addressing the merits of Plaintiff's Motion.  Adequate briefing is crucial, because the

3  outcome of this Motion will have a lasting impact on how this case proceeds through discovery,

4  summary judgment, and, if needed, trial.

5  **II.      CONCLUSION**

6    LVMPD Defendants request a two-week extension of time to file a Response to Plaintiff

7  Christian Miles's Motion for Leave to File a Second Amended Complaint, (ECF No. 27), which

8  will create a new filing deadline of October 7, 2022.  This is LVMPD Defendants' first request

9  for an extension of time to file a Response, and an extension will assist in resolving the merits of

10  Plaintiff's Motion.

11    DATED this 22nd day of September, 2022.

12                          KAEMPFER CROWELL

13

        By:    /s/ Lyssa Anderson
14              LYSSA S. ANDERSON (Nevada Bar No. 5781)
                KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
15              1980 Festival Plaza Drive, Suite 650
                Las Vegas, Nevada  89135
16
                *Attorneys for Defendants*
17              *Las Vegas Metropolitan Police Department,*
                *Sheriff Joseph Lombardo, David Poupard,*
18              *Angel Valladares, Kenji Okada, Maribel Suey,*
                *Daniel Varner, Daven Lorenzo-Ragasa, Larry Taylor,*
19              *Julio Martinez and Cesar Esparza*

20
                      **ORDER**
21              **IT IS SO ORDERED**

22              **DATED:** 10:49 am, September 26, 2022

23

24              **BRENDA WEKSLER**
                **UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3239342_1.doc  6943.262

Page 4 of 5

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I

3   caused the foregoing **LVMPD DEFENDANTS' MOTION FOR EXTENSION OF TIME TO**

4   **FILE A RESPONSE TO PLAINTIFF'S MOTION [ECF No. 27] (First Request)** to be

5   served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

6   Christian S. Miles, #2888634
Clark County Detention Center
7   330 S. Casino Center Blvd.
Las Vegas, NV 89101

8
*Pro Se Plaintiff*

9
*(Via U.S., First Class Mail)*

10

11          DATED this 22ⁿᵈ day of September, 2022.

12

                                        */s/ Wendy Applegate*
13                                      an employee of Kaempfer Crowell

14

15

16

17

18

19

20

21

22

23

24

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3239342_1.doc  6943.262

Page 5 of 5