UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Christian Stephon Miles,

        Plaintiff

v.

Clark County, et al.,

        Defendants

Case No. 2:21-cv-00290-CDS-BNW

**Order Extending Briefing Schedule**

    Defendants Cesar Esparza, Daven Lorenzo-Ragasa, Julio Martinez, Kenji Okada, David Poupard, Maribel Suey, Larry Taylor, Angel Valladares, and Daniel Varner and defendants Las Vegas Metropolitan Police Department and Joseph Lombardo moved for summary judgment on February 2, 2024, and the deadline for plaintiff Christian Miles to respond to those motions was February 23, 2024. ECF Nos. 93, 94; *see also* Local Rule 7-2(b) (stating that the deadline to respond to a motion for summary judgment is 21 days after the service of that motion). At the time of filing, defendants mailed their motions to Miles at his last known address, the Clark County Detention Center. ECF No. 93 at 24; ECF No. 94 at 27. Shortly thereafter, on February 15, Miles filed and served a written notification of his change of mailing address. ECF No. 96.

    Given Miles' change of address, it seems likely that he did not receive the motions for summary judgment. Because it appears that Miles is diligently attempting to comply with the local rules, in the interests of justice, the court will sua sponte grant him an extension of time to file responses to defendants' summary judgment motions.

**Conclusion**

    IT IS HEREBY ORDERED that Miles is granted until March 15, 2024 to file an opposition or statement of non-opposition to defendants' motions.

Dated: February 27, 2024

                                            _____
                                            Cristina D. Silva
                                            United States District Judge